# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

JERRAVONNIE L. JACKSON,

     **Petitioner,**

v.                              **CASE NO. 5:17cv136-MCR/CAS**

JULIE L. JONES, Secretary,
Florida Department of Corrections,

     **Respondent.**

_____/

## O R D E R

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge, ECF No. 15, that the case be dismissed. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of any objections timely filed.

Having considered the Report and Recommendation, and any objections filed thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Report and Recommendation, ECF No. 15, is adopted and incorporated by reference in this Order.

2.   The § 2254 petition for writ of habeas corpus, ECF No. 1, is

**DISMISSED**.

3.   A certificate of appealability is **DENIED** and leave to appeal in forma

pauperis is also **DENIED**.

**DONE AND ORDERED** this 4th day of September 2018.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**